**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 03-6520**

———————————

In Re:  PAUL NAGY,

                                              Petitioner.



———————————

On Petition for Writ of Mandamus.  (CA-98-951-5-BR)

———————————

Submitted:  April 16, 2003                Decided:  May 2, 2003

———————————

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————————

Petition denied by unpublished per curiam opinion.

———————————

Paul Nagy, Petitioner Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Paul Nagy petitions for a writ of mandamus seeking an order directing the district court to act on two motions that are pending in the district court. The first motion is for a hearing to consider releasing Nagy, who is incarcerated at the Federal Correctional Institution in Butner, North Carolina, to his native Romania. In the second motion, Nagy seeks expedited consideration of the first motion. Nagy filed the motions on January 14, 2003, and March 11, 2003, respectively. We find that mandamus relief is not warranted because the delay in ruling on the motions is not unreasonable. Accordingly, although we grant the motion for leave to proceed in forma pauperis, we deny the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2